UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
5:04CV-100-J

MARLANE H. NEWELL                                                                PLAINTIFF

v.

JO ANNE BARNHART
Commissioner of Social Security                                                  DEFENDANT

## JUDGMENT

Pursuant to the accompanying Memorandum Opinion, it is Ordered:

1) Plaintiff's objections to the Report and Recommendation of Magistrate Judge King are DENIED;

2) The Report and Recommendation are ADOPTED;

3) The decision denying plaintiff's application for Social Security benefits is AFFIRMED; and

4) This action is DISMISSED, with PREJUDICE.

This is a final and appealable Order.